**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6017

———————

RAY SHANDELL BAZEMORE,

Plaintiff - Appellant,

versus

DOCTOR EMRAN; MRS. WEBB; MRS. STANFORD; PAGE
TRUE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CA-03-704-AM)

———————

Submitted:  March 11, 2004          Decided:  March 19, 2004

———————

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ray Shandell Bazemore, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ray Shandell Bazemore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bazemore v. Emran</u>, No. CA-03-704-AM (E.D. Va. Nov. 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>